Janina M. Hoskins
P.O. Box 158
Middletown, CA 95461
Telephone: (707) 569-9508

Trustee in Bankruptcy



## IN THE UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA – San Francisco

| In re:                                      | Case No. 11-30204 MD           |
|---------------------------------------------|--------------------------------|
| BURNETT, JEREMY EMERSON<br>COLOME, NOELLE KRISTEN | Chapter 7                |
|                                             | NOTICE OF UNCLAIMED DIVIDENDS  |
| Debtor(s)                                   |                                |

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant to Federal Rule 3011, the trustee in the above-captioned case hereby turns over to the Court, unclaimed dividends in the amount of $370.36. The name(s) and address(es) of the claimants entitled to the unclaimed dividends are as follows:

| Claim # | Name & Address of Claimant | Claim Amount | Dividend Amount |
|---------|----------------------------|--------------|-----------------|
| 9 | PYOD LLC its successors and assigns as assignee of Citibank, NA, c/o Resurgent Capital, Services, PO Box 19008 Greenville, SC 29602 | 24,085.72 | 370.36 |
|   | Total Unclaimed Dividends | | $370.36 |

Dated: July 24, 2012

Janina M. Hoskins, TRUSTEE